# EXHIBIT B



NEWS

# Trump adviser fired after discovery of racist rants

By Marisa Schultz

August 3, 2015　2:01am



Sam Nunberg
Helayne Seidman

Trump adviser fired after discovery of racist rants

**MORE ON:**
**DONALD TRUMP**

- Liz Cheney promoted to vice chair of Jan. 6 select committee
- Joe Biden's call to Afghan prez is impeachable: Devine
- McCarthy warns telecom companies against complying with Jan. 6 committee requests
- Judge tosses Trump rollback of clean water safeguards

WASHINGTON — Donald Trump's campaign fired a staffer Sunday after it was reported the aide made racist rants on Facebook.

Sam Nunberg, a political adviser for the GOP front-runner, was ousted two days after Business Insider reported a series of offensive posts allegedly made by him.

In one 2007 post, the Rev. Al Sharpton's daughter is called a "N—!" Another post, in 2009, calls President Obama a "Socialist Marxist Islamo Fascist Nazi Appeaser."

Nunberg denied writing the posts.

"I would also point out that all of these things were done before Mr. Trump's campaign, if I even did them — which I deny," he told CNN.

Meanwhile, on Sunday, Trump threatened to run as an independent if his fellow Republicans don't play nice.

"If I'm not treated fairly by the Republican Party, I very well might consider that," Trump said on ABC's "This Week." "And I would certainly not give that up."

FILED UNDER    2016 PRESIDENTIAL ELECTION , DONALD TRUMP    8/3/15

READ NEXT    Modell's CEO in family battle over manager tied to Madof...

## SPONSORED STORIES



### The best face mask for air travel in 2021
Sonovia



### Actors That Got Greedy And Were Cut From Major Movies!
Investing.com



### [Photos] Brad Pitts Son Turns 18 And Is His Dads Spitting Image
Definition

### These 20 Photos Are All the Cuteness You Need Today
cuteness.com

### [Pics] This Is How Petula Clark Lives At 88
Hollywood Tale

### Presidents Ranked By IQ, You'll Never Guess Who Was First
Definition

**Recommended    1/2**

Have private student loans? Here's some great news.

Have private student loans? Here's some great news.

Read More ›

**[Gallery] 50 Celebrity Lookalikes That Prove Time Travel Exists**
HeraldWeekly

**[Pics] Always Place A Red Cup Under The Toilet Seat At Your Hotel, Here's Why**
ItsTheVibe

**Reebok Maison Martin Margiela CL Classic Leather Tabi 12 M Black. No reserve.**
eBay US

## AROUND THE WEB



**Something About Chelsea Clinton's Marriage Never Added Up**
NickiSwift.com



**Fox News Star Fired From Network After Alarming Allegations**
Gossipcop.com



**The Taliban Makes A Surprising Claim About Osama Bin Laden**
NYPost.com



**Can't Get To Shake Shack? This Copycat Recipe Has Your Back**
TastingTable.com



**Ex-Olympic Cyclist Olivia Podmore Dies At 24**
NYPost.com



**The Property Brothers Lawsuit Is Getting Ugly**
Gossipcop.com



**Ivanka Has Worn Some Sketchy Outfits, Here's The Sketchiest**
TheList.com



**George W. Bush Breaks Silence On Afghanistan Chaos**
Aol.com

Powered by ZergNet

## RECOMMENDED FOR YOU



**Looking to buy your first home? You've come to the right place.**
Realtor.com



**Perfect gifts for new moms celebrating their first Mother's Day in...**
New York Post



**Sara Foster reveals the secret to stress-free swimsuit shopping**
New York Post



**You don't have to win a Grammy to buy these special-edition Bulova...**
New York Post



**Supreme Court leaves restrictive Texas abortion law in place in a...**
MarketWatch



**A Bright Waterfront Estate in New York Built by Modernist Norman...**
Mansion Global



© 2021 NYP Holdings, Inc. All Rights Reserved | Terms of Use | Privacy Notice | Your Ad Choices | Sitemap | Your California Privacy Rights

Powered by WordPress.com VIP