# EXHIBIT D

Coach Prime | Two-Part Season Finale and Live After Show Premieres Tonight 7PM ET  TUNE IN

 CHICKS

BLOGS  VIDS  PODS  PICS  BLOGGERS  SHOWS  TOPICS  STORE  +

TRENDING TOPICS   Coach Prime   Rundown   Bryce Hall   The Dave Portnoy Show   MLB

# Ex Trump Staffer Says He's "Insulted" Trump Is Only Suing Him For $10 Million

 Riggs
7/25/2016 5:00 PM

24





[ABC News](#) — *A former top Trump political adviser being sued by Trump for $10 million over allegations that he broke a confidentiality agreement by leaking confidential campaign information to the press says he's "insulted" that Trump isn't suing him for more.*

"If you write $10 million, Mr. Trump, it's got to be $100 million, 150," ex-staffer Sam Nunberg told ABC News' Jonathan Karl in jest during an interview on "Powerhouse Politics" at the GOP convention, adding that it doesn't make him "look that good" if "I can only cause $10 million in damages."

Trump is seeking the damages in an arbitration proceeding in New York, according to Nunberg's affidavit, for backing Ted Cruz and over claims that he was the source of a leaked story to the New York Post about former campaign manager Corey Lewandowski.

I see what you're doing here Nunberg. The old reverse. You're saying EXACTLY what Trump would say. In fact that's the only reason I clicked on this story — I thought this was something Trump said before my mind arranged the words in the correct order. And to that effect it's smart and I would respect the hell out of it, if it weren't for this.

Sam Nunberg is a racist dweeb.





And he does that dumbass thing where people use their Facebook name as the opening subject of their statuses.





And he's just a mean hypocrite.





And a coward, pathetically denying he wrote these posts.

Nunberg denied he wrote the posts and said "anything that was posted under my name does not mean I posted it."

"I am not adept at social media," he told CNN on Friday. "I have a long record of working with diverse people. And anything you are reporting on does not reflect anything on Mr. Trump or Mr. Trump's campaign. I would also point out that all of these things were done before Mr. Trump's campaign, if I even did them — which I deny. In any event, this is the problem with politics … Politics as usual is wrong."

And he backed Lyin' Ted.



So get out of here dweeb. You suck. Nice try with the Trump schtick. You'd have gotten much further if you weren't racist, such a dweeb, and if you were funny. But none of your ridiculously offensive Facebook posts about yourself were remotely funny. Pretty sure a $10 million lawsuit is pllllllenty to drown you in debt, stress, and emotional hardship for basically ever. When it comes to suing, Donald knows *exactly* what he's doing. Good luck.

PS – Hey Nunberg, be more of a nobody. You can't!



gettyimages Creative Editorial Video Music

Filter and sort

Sort by

Best match
Newest
Oldest
Most popular

Embed images
Premium Access
Subscription

Sam Nunberg

All News Sports Entertainment Archival

Sorry, your search returned zero results for "Sam Nunberg"

Try these tips to expand your search:

Check for spelling errors or typos
Clear search filter options
Use fewer keywords

Riggs
*7/25/2016 5:00 PM*

24

## BEST NYC PIZZA

Angelo's Coal Oven Pizzeria

Lazzara's Pizza

Sauce Pizzeria

Di Fara Pizza

Bravo Pizza

Umberto's Pizzeria

Best Pizza

NY Pizza Suprema

## BEST BOSTON PIZZA

Regina Pizzeria

Halftime Pizza

Frank Pepe Pizzeria Naploetana - Chestnut Hill

Rosie's Subs and Pizza

Town Spa Pizza

Pi Pizzeria

Santarpio's Pizza

Monte's Restaurant

## TOP RATED PIZZA

John's of Bleecker Street

Sally's Apizza

Johnny's Pizzeria

Conte's Pizza

## FAN FAVORITE PIZZA

John's of Times Square

Frank Pepe Pizzeria Naploetana

Ralph's Pizzeria

Giordano's

Lucali

Prince Street Pizza

Pizza Shackamaxon

Chad's Pizza and Restaurant

Antico Pizza

Pugsley's Pizza

New Park Pizza

Joe's Pizza

## TRENDING PIZZA

Nunzio's Pizzeria & Restaurant

De Lorenzo's Tomato Pies

Papa's Tomato Pies

Vino's Pizza

Angelo's Pizzeria

Feroce Ristorante

Mangia - Flatiron

Union St Pizza

## MORE FROM BARSTOOL

Barstool Sportsbook

Best Sports Betting App

Barstool Store

Barstool Sports NFT & One Bite NFT

Blogs

Videos

Podcasts

Engineering Blog

Rough N Rowdy



FOLLOW US    

App
Advertising Inquiries
Terms of Use
Privacy Policy
Content Policy
Best Sports Betting Site
Subscription Terms

© 2021 Barstool Sports. All rights reserved.